UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA       :
                               :    **ORDER**
            -v-                :    S5 07 Cr. 308 (NRB)
                               :
DARIO SILFA-MARTINEZ,          :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Arianna R. Berg;

IT IS HEREBY ORDERED that the Superseding Indictment and arrest warrant in the above-captioned action, which was filed under seal on April 16, 2007, be and hereby is unsealed.

Dated: New York, New York
       July 19, 2007

_____
UNITED STATES DISTRICT JUDGE

