UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

        Plaintiff,

v.

Dario Silfa-Martinez,

        Defendant.

---

Case No. 1:07-cr-00308 (NRB)

**MOTION TO ADMIT ATTORNEY STEPHEN J. GOLEMBE, ESQ. *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rule of the United States District Courts for the Southern District and Eastern Districts of New York, I, Merrill Rubin, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Stephen J. Golembe
2340 South Dixie Highway
Miami, Florida 33133
(305) 858-0404 office
(305) 858-3100 facsimile

Stephen J. Golembe is a member in good standing of the Bar of the State of Florida, the United States District Court, Southern District of Florida Trial Bar, the United States District Court Middle District of Florida and The United States District Court for the Northern District of Florida as well as the 11th Circuit Court of Appeal. There are no pending disciplinary proceeding against Stephen J. Golembe in any State or Federal Court.

Dated: New York, New York
       August 27, 2007

Respectfully submitted,

MERRILL RUBIN (MR4943)
Local Counsel for Defendant
551 Fifth Avenue, Suite 514
New York, NY 10176
646-217-0904
Fax (646-349-4152
email: merrillrubin@post.harvard.edu

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America,

        Plaintiff,

v.

Dario Silfa-Martinez,

        Defendant.

CASE NO. 1:07-cr-00308 (NRB)

**CERTIFICATION OF MERRILL RUBIN IN SUPPORT OF MOTION TO ADMIT STEPHEN J. GOLEMBE *PRO HAC VICE***

MERRILL RUBIN, certifies as follows:

1. I am local counsel for the Defendant Dario Silfa-Martinez in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Defendant's motion to admit Stephen J. Golembe as counsel *pro hac vice* to represent the Defendant in this matter.

2. I am a member in good standing of the bars of the States of New York and New Jersey and was admitted to practice law in May 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Stephen J. Golembe since in or about 1996.

4. Stephen J. Golembe has an office for the practice of law in Miami, Florida and is a member in good standing of the bar of the State of Florida, as evidenced by the Certificate of Good Standing annexed hereto as Exhibit A.

5. I have found Stephen J. Golembe to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Stephen J. Golembe, *pro hac vice*.

- 2 -

7.   I respectfully submit a proposed order granting the admission of Stephen J. Golembe, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit Stephen J. Golembe, *pro hac vice*, to represent the Defendant in the above caption matter, be granted.

Dated: New York, New York  
      August 27, 2007

Respectfully submitted,

_____  
Merrill Rubin (MR4943)  
551 5th Avenue, Suite 514  
New York, NY 10176  
(646) 217-0904 office  
(646) 349-4152 facsimile  
email: merrillrubin@post.harvard.edu



# The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

John F. Harkness, Jr.
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

                               In Re:     137225
                                           Stephen Jay Golembe
                                           2340 S. Dixie Hwy
                                           Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on November 19, 1971.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 17th day of August, 2007.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smfa2:R10

# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States of America,

        Plaintiff,

v.

Dario Silfa-Martinez,

        Defendant.

CASE NO. 1:07-cr-00308 (NRB)

**ORDER GRANTING MOTION MOTION TO ADMIT STEPHEN J. GOLEMBE *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Merrill Rubin attorney for the Defendant, Dario Silfa-Martinez, and said sponsor attorney's affidavit in support, it is hereby

**ORDERED that**

    STEPHEN J. GOLEMBE
    2340 South Dixie Highway
    Miami, Florida 33133
    (305) 858-0404 office
    (305) 858-3100 facsimile
    email: GolembeS@GolembeLaw.com

is admitted to practice pro hace vice as counsel for Dario Silfa-Martinez in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice fee* to the Clerk of Court.

Dated: New York, New York
       August    , 2007

                                      Honorable Naomi R. Buchwald
                                      United States District Court Judge

AFFIRMATION OF SERVICE

STATE OF NEW YORK      :
                       :SS.
COUNTY OF NEW YORK  :

MERRILL N. RUBIN, ESQ., an attorney duly admitted to practice law in the States of New York and New Jersey, affirms the following to be true under penalty of perjury:

On August 27, 2007, I personally served a copy of the within Motion to Admit Stephen J. Golembe, *Pro Hac Vice* and the Certification of Counsel in support thereof by hand delivery upon the following:

    Arianna Rebecca Berg, Esq.
    Assistant United States Attorney
    Southern District of New York
    One Saint Andrew's Plaza
    New York, NY 10007

    Attorney for Plaintiff

Dated: New York, New York
       August 27, 2007

                              Merrill N. Rubin (MR4943)