UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

        Plaintiff,

v.

Dario Silfa-Martinez,

        Defendant.

CASE NO. 1:07-cr-00308 (NRB)

**ORDER GRANTING MOTION MOTION TO ADMIT STEPHEN J. GOLEMBE *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Merrill Rubin attorney for the Defendant, Dario Silfa-Martinez, and said sponsor attorney's affidavit in support, it is hereby

**ORDERED** that

    STEPHEN J. GOLEMBE
    2340 South Dixie Highway
    Miami, Florida 33133
    (305) 858-0404 office
    (305) 858-3100 facsimile
    email: GolembeS@GolembeLaw.com

is admitted to practice pro hace vice as counsel for Dario Silfa-Martinez in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice fee* to the Clerk of Court.

Dated: New York, New York
      August    , 2007
      September 7

Honorable Naomi R. Buchwald
United States District Court Judge