

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*





*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 7, 2007

**By Fax**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2270
New York, New York 10007



   Re: <u>United States v. Manuel Soriano-Martinez et al.,</u>
     S7 07 Cr. 308 (NRB)

Dear Judge Buchwald:

   An arraignment and pre-trial conference were scheduled
in the above-referenced case for September 5, 2007. After
speaking with Your Honor's law clerk on September 4, 2007, the
arraignment of all nine defendants on the S7 07 Cr. 308 (NRB)
Indictment was referred to Magistrate Court, and the pre-trial
conference before Your Honor was adjourned to September 21, 2007,
at 2:30 p.m. The arraignment in Magistrate Court is scheduled
for September 10, 2007, at 10:30 a.m.

   The Government respectfully requests that time be
excluded from today until September 21, 2007 under the Speedy
Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the
Government to gather and produce discovery and because the ends
of justice outweigh the defendant's and the public's interest in
a speedy trial. I have spoken to defense counsel for all nine

*So
Ordered.
[signature]
Buchwald,
U.S.D.J.*

*9/7/07*

Hon. Naomi Reice Buchwald
September 7, 2007
Page 2 of 2

defendants, and each has indicated that there is no objection to
this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:
Brendan R. McGuire/Arianna Berg
Assistant United States Attorneys
Telephone:  (212) 637-2220/2551

cc:  Allan Haber, Esq.
     Lee Ginsberg, Esq.
     Sammy Sanchez, Esq.
     David Goldstein, Esq.
     Merrill Ruben, Esq.
     Mark Stein, Esq.
     Roger Schwarz, Esq.
     Roy Kulcsar, Esq.
     Joe Grob, Esq.